Trinette G. Kent (State Bar No. 222020)
KENT LAW OFFICES
Four Embarcadero Center, Ste. 1400
San Francisco, CA 94111
Telephone: (480) 247-9644
Fax: (480) 717-4781
tkent@kentlawpc.com

*Attorneys for Plaintiff, Camp Drug Store, Inc., an Illinois corporation*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CAMP DRUG STORE, INC., an Illinois Corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>IBEAT, INC. d/b/a 100 PLUS,<br><br>Defendant. | Case No. 20-cv-559-JST<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PRO 41(a)(1) |

NOW COMES Camp Drug Store, Inc., by and through its attorneys, and pursuant to Fed R. Civ. Pro. 41 (a) (1) (A) (ii), hereby voluntarily dismisses all of its claims against IBeat, Inc. with prejudice, with each party to bear its own costs, fees, and expenses. This dismissal disposes of the entire action.

Dated: May 27, 2020

Respectfully submitted,

CAMP DRUG STORE, INC., an Illinois Corporation,

By:   */s/ Trinette G. Kent*

Trinette G. Kent (State Bar No. 222020)
KENT LAW OFFICES
Four Embarcadero Center, Ste. 1400
San Francisco, CA 94111
(480) 247-9644
tkent@kentlawpc.com

Additional counsel for plaintiff:

Phillip A. Bock
Tod A. Lewis
BOCK, HATCH, LEWIS & OPPENHEIM, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
(312)658-5500
service@classlawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 27, 2020, I caused to be served true and correct copies of the foregoing  to be served by email on:

IBeat, Inc. d/b/a 100 Plus
c/o Ryan P. Howard, Owner
41 S Park St.
San Francisco, California 94107
ryan@100plus.com

*/s/ Trinette G. Kent*